UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS G. DESPART,

      Plaintiff,

v.                                     CASE NO. 6:05-cv-1561-Orl-19KRS

STATE OF FLORIDA,

      Defendant.

_____

**ORDER OF TRANSFER**

After examination of the Complaint, it appears that this action should have been filed in the United States District Court, Middle District of Florida, Ft. Myers Division. Accordingly, pursuant to 28 U.S.C. § 1406 and Rule 1.02(e), Rules of the United States District Court for the Middle District of Florida, it is now

      **ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Middle District of Florida, Ft. Myers Division.

      **DONE AND ORDERED** in Chambers at Orlando, Florida,  this ___7th___ day of December, 2005.


_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 12/7
Thomas G. Despart